UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

EMANUAL D. FIELDS                      )
(TDCJ No. 1127671),                    )
                                       )
                Petitioner,            )          CIVIL ACTION NO.
                                       )
VS.                                    )          3:17-CV-3316-G (BN)
                                       )
LORIE DAVIS, Director, Texas           )
Department of Criminal Justice,        )
Correctional Institutions Division,    )
                                       )
                Respondent.            )

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

        The United States Magistrate Judge made findings, conclusions, and a

recommendation in this case.  No objections were filed.  The district court reviewed

the proposed findings, conclusions, and recommendation for plain error.  Finding

none, the court **ACCEPTS** the findings, conclusions, and recommendation of the

United States Magistrate Judge.

        **SO ORDERED**.

January 2, 2018.


                                    _____
                                    **A. JOE FISH**
                                    **Senior United States District Judge**